In the Matter of ENTERGY NUCLEAR OPERATION, INC., et al., Respondents, v NEW YORK STATE DEPARTMENT OF STATE et al., Appellants.

Submitted June 13, 2016; decided June 23, 2016

Motion by Nuclear Energy Institute for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed. Two copies of the brief must be served and an original and nine copies filed within seven days.